**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-24818-CIV-ALTONAGA**

**JOSE ANDRADE ALCAZAR**,

Plaintiff,

v.

**U.S. DEPARTMENT OF**
**HOMELAND SECURITY**, *et al.*,

Defendants.
________________________________/

**ORDER**

**THIS CAUSE** came before the Court upon Plaintiff, Jose Andrade Alcazar's Complaint for Mandamus and Injunctive Relief . . . [ECF No. 1], entered on October 21, 2025. Plaintiff alleges Defendants have improperly withheld action for *over 9 years* on his asylum application. (*See id.* ¶¶ 1, 12, 14, 16–17, 20–21, 26–27). The undersigned adopts the well-reasoned analysis contained in *De Donado v. Swacina*, 486 F. Supp. 2d 1360 (S.D. Fla. 2007), pertaining to the Court's power to hear the merits of a petitioner's immigration application, or to remand the case to the United States Citizenship and Immigration Service for further proceedings.

Although Plaintiff's claim relates to an asylum application, instead of a naturalization application, remand to the USCIS is appropriate for a final determination. *See De Donado*, 486 F. Supp. 2d at 1365; *see also Al-Atiyeh v. Swacina*, 650 F. Supp. 2d 1244, 1247 (S.D. Fla. 2009) ("[W]hile the Court has the authority to decide Plaintiff's Naturalization Application, remand is the better course at this time, given . . . [the] USCIS is better able, in the first instance, to evaluate the information in the Naturalization Application, to identify any concerns therein and otherwise develop the record." (alterations added; citation omitted)).

Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff shall forthwith serve Defendants with his Complaint and photocopies of this Order. This case is remanded to the USCIS. Defendants are ordered to decide Plaintiff's asylum application within **120 days** of the date of this Order.

The Clerk is directed to mark this case **CLOSED**. Plaintiff may file a status report after 120 days in the event Defendants do not comply with this Order, requesting that this matter be re-opened.

**DONE AND ORDERED** in Miami, Florida, this 21st day of October, 2025.

Cecilia M. Altonaga

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record